In the Matter of the Petition of IDA ASHNER, Appellant, to Render and Settle Her Account as Executrix of SIGMUND ASHNER, Deceased. EMILY HALLE SUMMERFIELD and Others, Respondents.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements, payable out of the estate. Examination to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

In the Matter of the Application of HARRY SABINSKY, Appellant, for the Dissolution of Marriage under Chapter 279, Laws of 1922 (Section 7-a, Domestic Relations Law) of FAY SABINSKY with HARRY SABINSKY, on the Ground of Absence. — Order dismissing petition for dissolution of marriage upon the ground of absence affirmed. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

JOSCO CONTRACTING AND CONSTRUCTION CO., INC., Appellant,· v. F. R. A. HOLDING CORPORATION, Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and motion to refer to referee to hear and determine denied, with ten dollars costs. The trial of this action will not require the examination of a long account within the meaning of section 466 of the Civil Practice Act. (Spence v. Simis, 137 N. Y. 616; Dewey v. National Surety Company, 222 App. Div. 783; Fuller v. Starr, 209 id. 852.) Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

MARY KRUGER, Respondent, v. JOHN L. KRUGER, Appellant.— Order directing defendant to pay alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

LLOYD'S FIRST MORTGAGE CORPORATION, Plaintiff, v. MT. KISCO PROPERTIES, INC., and Others, Defendants. In the Matter of the Application of BESSIE HAINES, Appellant, for Permission to Sue FRANK S. STEVENS, JR., Receiver of MT. KISCO PROPERTIES, INC., Respondent.— Order denying motion for permission to sue affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

ARCHIBALD MACDONALD, as Administrator, etc., of ETHEL MACDONALD, Deceased, Respondent, v. PETER W. MOORE, Appellant.— Judgment and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL HELLNER (MANNIE ELMAN), Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES LAMPERELLO, Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK WENCK, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.